UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Quicken Loans, LLC

Case No: 20-21524 SLM

Chapter: 13

Judge: Stacey L. Meisel

In Re:
Nicole M. Weir aka Nicole Weir

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Quicken Loans, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 10/16/2020

/s/ *Denise Carlon*
Denise Carlon
16 Oct 2020, 16:11:40, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*