Certificate Number: 05781-NJ-DE-035047571

Bankruptcy Case Number: 20-21524



05781-NJ-DE-035047571

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2020, at 7:39 o'clock PM PST, Nicole Weir completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  November 2, 2020

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President