UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans, LLC

**Order Filed on December 1, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Nicole M. Weir,

Debtor.

Case No.: 20-21524 SLM

Adv. No.:

Judge: Stacey L. Meisel

# CONSENT ORDER REGARDING APPLICATION OF PAYMENTS AND SECURED CREDITOR'S PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 1, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Nicole M. Weir
Case No: 20-21524 SLM
Caption of Order: Consent Order Regarding Application of Payments and Secured Creditor's Proof of Claim
_____

    This matter having been brought before the Court by Denise Carlon, Esq., KML Law Group P.C., attorney for Secured Creditor Quicken Loans, LLC, upon a consent order as to 20 Fairchild Avenue, Morris Plains, NJ, 07950 and with the consent of Jenee K. Ciccarelli Esq., counsel for the Debtor Nicole M. Weir,

    It is **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim shall be treated outside the plan; and

    It is further **ORDERED, ADJUDGED and DECREED** that post-petition payments can be applied to the pre-petition payments due; specifically, the payment received October 14, 2020 can be applied to the payment due October 1, 2020; and

    It is further **ORDERED, ADJUDGED and DECREED** that said application of payments will not be deemed a violation of the automatic stay; and

    It is further **ORDERED, ADJUDGED and DECREED** that the pre-petition arrearage portion of claim will reflect that the post-petition payment was applied to pre-petition amounts due; and

    It is further **ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

    It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make regular monthly payments outside the plan as they become due; and

    It is further **ORDERED, ADJUDGED and DECREED** that failure of the Debtor to remit timely payments per the terms of the note and mortgage, including pre-petition payments due, shall be grounds for a motion for relief from stay; and

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon, Esq.*
Denise Carlon, ESQ., ATTORNEY FOR SECURED CREDITOR      Dated: 11/20/2020

I hereby agree and consent to the above terms and conditions:

*/s/ Jenee K. Ciccarelli, Esq.*
Jenee K. Ciccarelli, ESQ., ATTORNEY FOR DEBTOR      Dated: 11/20/2020