| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Quicken Loans, LLC | Order Filed on December 1, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Nicole M. Weir,<br><br>Debtor. | Case No.: 20-21524 SLM<br><br>Adv. No.:<br><br>Judge: Stacey L. Meisel |

# CONSENT ORDER REGARDING APPLICATION OF PAYMENTS AND SECURED CREDITOR'S PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 1, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Nicole M. Weir
Case No: 20-21524 SLM
Caption of Order: Consent Order Regarding Application of Payments and Secured Creditor's Proof of Claim
_____

This matter having been brought before the Court by Denise Carlon, Esq., KML Law Group P.C., attorney for Secured Creditor Quicken Loans, LLC, upon a consent order as to 20 Fairchild Avenue, Morris Plains, NJ, 07950 and with the consent of Jenee K. Ciccarelli Esq., counsel for the Debtor Nicole M. Weir,

It is **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim shall be treated outside the plan; and

It is further **ORDERED, ADJUDGED and DECREED** that post-petition payments can be applied to the pre-petition payments due; specifically, the payment received October 14, 2020 can be applied to the payment due October 1, 2020; and

It is further **ORDERED, ADJUDGED and DECREED** that said application of payments will not be deemed a violation of the automatic stay; and

It is further **ORDERED, ADJUDGED and DECREED** that the pre-petition arrearage portion of claim will reflect that the post-petition payment was applied to pre-petition amounts due; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make regular monthly payments outside the plan as they become due; and

It is further **ORDERED, ADJUDGED and DECREED** that failure of the Debtor to remit timely payments per the terms of the note and mortgage, including pre-petition payments due, shall be grounds for a motion for relief from stay; and

I hereby agree and consent to the above terms and conditions:


*/s/ Denise Carlon, Esq.*
Denise Carlon, ESQ., ATTORNEY FOR SECURED CREDITOR                    Dated:   11/20/2020


I hereby agree and consent to the above terms and conditions:


*/s/ Jenee K. Ciccarelli, Esq.*
Jenee K. Ciccarelli, ESQ., ATTORNEY FOR DEBTOR                    Dated:   11/20/2020

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-21524-SLM |
| Nicole M Weir | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

**Recip ID    Recipient Name and Address**
db           + Nicole M Weir, 20 Fairchild Ave., Morris Plains, NJ 07950-1726

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

**Name           Email Address**

Denise E. Carlon
              on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jenee K. Ciccarelli
              on behalf of Debtor Nicole M Weir info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Marie-Ann Greenberg
              magecf@magtrustee.com

U.S. Trustee
              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4