JENEE K. CICCARELLI
CICCARELLI LAW, PC
47 PARK AVENUE, SUITE 304
WEST ORANGE, NJ  07052


Re: NICOLE M WEIR  
    20 FAIRCHILD AVE.  
    MORRIS PLAINS,  NJ  07950

Atty: JENEE K. CICCARELLI  
      CICCARELLI LAW, PC  
      47 PARK AVENUE, SUITE 304  
      WEST ORANGE, NJ  07052

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
### Chapter 13 Case # 20-21524

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $41,175.00**

### RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/03/2020 | $501.24 | 7209992000 | 12/01/2020 | $652.55 | 7273800000 |
| 01/04/2021 | $501.24 | 7352371000 | | | |

**Total Receipts: $1,655.03  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,655.03**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 124.12 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,756.94 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 11,985.07 | * | 0.00 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 32,315.36 | * | 0.00 | |
| 0004 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 19,813.82 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 8,338.92 | * | 0.00 | |
| 0007 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 2,044.79 | * | 0.00 | |
| 0010 | SYNCHRONY BANK | UNSECURED | 6,587.89 | * | 0.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 46,708.91 | * | 0.00 | |

**Total Paid:  $124.12**
See Summary

**Chapter 13 Case # 20-21524**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $1,655.03    -    Paid to Claims: $0.00    -    Admin Costs Paid: $124.12    =    Funds on Hand: $1,530.91

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.