Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  20−21524−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicole M Weir
   aka Nicole Weir
   20 Fairchild Ave.
   Morris Plains, NJ 07950

Social Security No.:
   xxx−xx−2750

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 20, 2021.

Dated: January 20, 2021
JAN: ntp

                         Jeanne Naughton
                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 20-21524-SLM

Nicole M Weir                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                        User: admin                                      Page 1 of 2

Date Rcvd: Jan 20, 2021                             Form ID: plncf13                              Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole M Weir, 20 Fairchild Ave., Morris Plains, NJ 07950-1726 |
| 518985130 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518985131 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518999113 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518985133 | + | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518985134 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519029985 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518985132 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 22:47:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518993075 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 20 2021 22:47:48 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518985135 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2021 23:01:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 519012616 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2021 23:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519006384 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 22:51:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519006362 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2021 23:01:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518985136 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 20 2021 23:02:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 519046343 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:46:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518985515 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:46:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518985137 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:54:58 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 518985138 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:54:58 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po |

Box 965060, Orlando, FL 32896-5060

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Nicole M Weir info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4