**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR **9004-2(c)**

Jenèe K. Ciccarelli, Esq. (JC/0693) Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060  Fax:973-619-0023
jenee@jc-lawpc.com

Order Filed on March 3, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

　　　Nicole M Weir

　　　　　　　Debtor(s)

Case No.:    20-21524 ~~20-15028~~

Chapter:    13

Hearing Date:    March 2, 2021 @ 2:30 pm

Judge: Hon. Stacey L Meisel

**ORDER GRANTING PRE AND POST- CONFIRMATION CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: March 3, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Nicole M Weir
Case No. 20-21524/SLM
Caption:  Order Granting Pre and Post-Confirmation Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli., is allowed of fee of $7,630.50 for additional services and $458.00 for additional disbursements for a total due of $8,088.50 of which $4,834.00 has been previously received leaving a remaining due of $3,254.50.  The allowance shall be  payable:

_____X____        through the Chapter 13 plan as an administrative priority.


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.