| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>NICOLE M WEIR | Case No.: 20-21524<br>Adv. No.:<br>Hearing Date:<br>**Judge: SLM** |

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/24/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
NICOLE M WEIR
20 FAIRCHILD AVE.
MORRIS PLAINS, NJ  07950
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JENEE K. CICCARELLI
CICCARELLI LAW, PC
47 PARK AVENUE, SUITE 304
WEST ORANGE, NJ  07052
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  May 24, 2021                                                By:   /S/  Lauren O'Shea
                                                                                    Lauren O'Shea