JENEE K. CICCARELLI
CICCARELLI LAW, PC
47 PARK AVENUE, SUITE 304
WEST ORANGE, NJ  07052

Re:  NICOLE M WEIR  
20 FAIRCHILD AVE.  
MORRIS PLAINS, NJ  07950

Atty:  JENEE K. CICCARELLI  
CICCARELLI LAW, PC  
47 PARK AVENUE, SUITE 304  
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 20-21524

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $44,842.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/03/2020 | $501.24 | 7209992000 | 12/01/2020 | $652.55 | 7273800000 |
| 01/04/2021 | $501.24 | 7352371000 | 02/01/2021 | $696.00 | 7414509000 |
| 03/01/2021 | $696.00 | 7488881000 | 03/30/2021 | $696.00 | 7559418000 |
| 04/27/2021 | $696.00 | 7625831000 | 05/21/2021 | $3,677.00 | 7685892000 |
| 06/02/2021 | $696.00 | 7705791000 | 06/29/2021 | $696.00 | 7773561000 |
| 07/26/2021 | $696.00 | 7833788000 | 08/30/2021 | $696.00 | 7906831000 |
| 10/04/2021 | $696.00 | 7991813000 | 11/01/2021 | $696.00 | 8051441000 |
| 11/29/2021 | $696.00 | 8108467000 | 12/29/2021 | $696.00 | 8172076000 |

**Total Receipts: $13,684.03  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $13,684.03**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 05/17/2021 | $19.22 | 870,330 | 06/21/2021 | $379.32 | 872,131 |
| | 07/19/2021 | $60.52 | 873,935 | 08/16/2021 | $60.53 | 875,618 |
| | 09/20/2021 | $60.52 | 877,345 | 10/18/2021 | $60.53 | 879,122 |
| | 11/17/2021 | $61.17 | 880,833 | 12/13/2021 | $61.17 | 882,469 |
| | 01/10/2022 | $61.17 | 884,125 | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 05/17/2021 | $51.84 | 870,383 | 06/21/2021 | $1,022.75 | 872,191 |
| | 07/19/2021 | $163.19 | 873,989 | 08/16/2021 | $163.20 | 875,670 |
| | 09/20/2021 | $163.19 | 877,401 | 10/18/2021 | $163.19 | 879,182 |
| | 11/17/2021 | $164.93 | 880,887 | 12/13/2021 | $164.93 | 882,523 |
| | 01/10/2022 | $164.93 | 884,178 | | | |

**Chapter 13 Case # 20-21524**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 06/21/2021 | $58.42 | 872,283 | | 07/19/2021 | $8.87 | 874,075 |
| | 08/16/2021 | $8.87 | 875,757 | | 09/20/2021 | $8.87 | 877,500 |
| | 10/18/2021 | $8.88 | 879,271 | | 11/17/2021 | $8.97 | 880,981 |
| | 12/13/2021 | $8.97 | 882,612 | | 01/10/2022 | $8.97 | 884,266 |
| LVNV FUNDING LLC | | | | | | | |
| | 05/17/2021 | $74.92 | 870,698 | | 05/17/2021 | $31.78 | 870,698 |
| | 06/21/2021 | $627.09 | 872,502 | | 06/21/2021 | $67.99 | 872,502 |
| | 06/21/2021 | $1,478.30 | 872,502 | | 07/19/2021 | $10.33 | 874,279 |
| | 07/19/2021 | $235.88 | 874,279 | | 07/19/2021 | $100.06 | 874,279 |
| | 08/16/2021 | $10.33 | 875,972 | | 08/16/2021 | $100.06 | 875,972 |
| | 08/16/2021 | $235.88 | 875,972 | | 09/20/2021 | $10.33 | 877,723 |
| | 09/20/2021 | $235.88 | 877,723 | | 09/20/2021 | $100.06 | 877,723 |
| | 10/18/2021 | $10.31 | 879,469 | | 10/18/2021 | $100.07 | 879,469 |
| | 10/18/2021 | $235.88 | 879,469 | | 11/17/2021 | $10.44 | 881,183 |
| | 11/17/2021 | $238.39 | 881,183 | | 11/17/2021 | $101.13 | 881,183 |
| | 12/13/2021 | $10.45 | 882,807 | | 12/13/2021 | $101.12 | 882,807 |
| | 12/13/2021 | $238.39 | 882,807 | | 01/10/2022 | $10.44 | 884,453 |
| | 01/10/2022 | $238.39 | 884,453 | | 01/10/2022 | $101.12 | 884,453 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 05/17/2021 | $13.38 | 870,235 | | 06/21/2021 | $263.92 | 872,022 |
| | 07/19/2021 | $42.11 | 873,830 | | 08/16/2021 | $42.11 | 875,516 |
| | 09/20/2021 | $42.11 | 877,239 | | 10/18/2021 | $42.12 | 879,023 |
| | 11/17/2021 | $42.56 | 880,722 | | 12/13/2021 | $42.56 | 882,352 |
| | 01/10/2022 | $42.56 | 884,011 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 05/17/2021 | $10.57 | 869,850 | | 06/21/2021 | $208.50 | 871,610 |
| | 07/19/2021 | $33.27 | 873,467 | | 08/16/2021 | $33.27 | 875,151 |
| | 09/20/2021 | $33.27 | 876,871 | | 10/18/2021 | $33.26 | 878,664 |
| | 11/17/2021 | $33.62 | 880,372 | | 12/13/2021 | $33.62 | 882,024 |
| | 01/10/2022 | $33.62 | 883,665 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 859.76 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,254.50 | 100.00% | 3,254.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,756.94 | * | 120.82 | |
| 0002 | BANK OF AMERICA | UNSECURED | 11,985.07 | * | 824.15 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 32,315.36 | * | 2,222.15 | |
| 0004 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 19,813.82 | * | 1,362.49 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 8,338.92 | * | 573.43 | |
| 0007 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 2,044.79 | * | 140.62 | |
| 0010 | SYNCHRONY BANK | UNSECURED | 6,587.89 | * | 453.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 46,708.91 | * | 3,211.91 | |

**Total Paid: $13,022.83**
See Summary

**Chapter 13 Case # 20-21524**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $13,684.03    -    Paid to Claims: $8,908.57    -    Admin Costs Paid: $4,114.26    =    Funds on Hand: $661.20

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.