JENEE K. CICCARELLI
CICCARELLI LAW, PC
239 NEW ROAD
BUILDING A, SUITE 301
PARSIPPANY, NJ  07054


Re:  NICOLE M WEIR
    20 FAIRCHILD AVE.
    MORRIS PLAINS,  NJ  07950

Atty:  JENEE K. CICCARELLI
    CICCARELLI LAW, PC
    239 NEW ROAD
    BUILDING A, SUITE 301
    PARSIPPANY, NJ  07054


### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF NEW JERSEY

#### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
##### Chapter 13 Case # 20-21524

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $48,605.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/03/2020 | $501.24 | 7209992000 | 12/01/2020 | $652.55 | 7273800000 |
| 01/04/2021 | $501.24 | 7352371000 | 02/01/2021 | $696.00 | 7414509000 |
| 03/01/2021 | $696.00 | 7488881000 | 03/30/2021 | $696.00 | 7559418000 |
| 04/27/2021 | $696.00 | 7625831000 | 05/21/2021 | $3,677.00 | 7685892000 |
| 06/02/2021 | $696.00 | 7705791000 | 06/29/2021 | $696.00 | 7773561000 |
| 07/26/2021 | $696.00 | 7833788000 | 08/30/2021 | $696.00 | 7906831000 |
| 10/04/2021 | $696.00 | 7991813000 | 11/01/2021 | $696.00 | 8051441000 |
| 11/29/2021 | $696.00 | 8108467000 | 12/29/2021 | $696.00 | 8172076000 |
| 01/27/2022 | $696.00 | 8234854000 | 03/07/2022 | $696.00 | 8322904000 |
| 03/28/2022 | $696.00 | 8362799000 | 03/31/2022 | $3,763.00 | 8371883000 |
| 04/27/2022 | $696.00 | 8427103000 | 05/27/2022 | $696.00 | 8491254000 |
| 06/27/2022 | $696.00 | 8550068000 | 07/27/2022 | $696.00 | 8611277000 |
| 08/30/2022 | $696.00 | 8675841000 | 09/27/2022 | $696.00 | 8730733000 |
| 10/27/2022 | $696.00 | 8789415000 | 11/29/2022 | $696.00 | 8849750000 |
| 12/27/2022 | $696.00 | 8899960000 | | | |

**Total Receipts: $25,799.03  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $25,799.03**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 05/17/2021 | $19.22 | 870,330 | 06/21/2021 | $379.32 | 872,131 |
| | 07/19/2021 | $60.52 | 873,935 | 08/16/2021 | $60.53 | 875,618 |
| | 09/20/2021 | $60.52 | 877,345 | 10/18/2021 | $60.53 | 879,122 |
| | 11/17/2021 | $61.17 | 880,833 | 12/13/2021 | $61.17 | 882,469 |
| | 01/10/2022 | $61.17 | 884,125 | 02/14/2022 | $61.17 | 885,809 |
| | 03/14/2022 | $61.16 | 887,520 | 04/18/2022 | $62.14 | 889,221 |

**Chapter 13 Case # 20-21524**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 05/16/2022 | $398.07 | 890,932 | 06/20/2022 | $62.14 | 892,618 |
| | 07/18/2022 | $62.15 | 894,348 | 08/15/2022 | $62.14 | 895,916 |
| | 09/19/2022 | $62.06 | 897,514 | 10/17/2022 | $62.21 | 899,189 |
| | 11/14/2022 | $62.13 | 900,765 | 12/12/2022 | $60.85 | 902,317 |
| | 01/09/2023 | $60.78 | 903,807 | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 05/17/2021 | $51.84 | 870,383 | 06/21/2021 | $1,022.75 | 872,191 |
| | 07/19/2021 | $163.19 | 873,989 | 08/16/2021 | $163.20 | 875,670 |
| | 09/20/2021 | $163.19 | 877,401 | 10/18/2021 | $163.19 | 879,182 |
| | 11/17/2021 | $164.93 | 880,887 | 12/13/2021 | $164.93 | 882,523 |
| | 01/10/2022 | $164.93 | 884,178 | 02/14/2022 | $164.94 | 885,868 |
| | 03/14/2022 | $164.92 | 887,574 | 04/18/2022 | $167.54 | 889,284 |
| | 05/16/2022 | $1,073.32 | 890,986 | 06/20/2022 | $167.54 | 892,674 |
| | 07/18/2022 | $167.42 | 894,396 | 08/15/2022 | $167.54 | 895,970 |
| | 09/19/2022 | $167.65 | 897,567 | 10/17/2022 | $167.52 | 899,234 |
| | 11/14/2022 | $167.53 | 900,810 | 12/12/2022 | $164.06 | 902,366 |
| | 01/09/2023 | $164.09 | 903,848 | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 06/21/2021 | $58.42 | 872,283 | 07/19/2021 | $8.87 | 874,075 |
| | 08/16/2021 | $8.87 | 875,757 | 09/20/2021 | $8.87 | 877,500 |
| | 10/18/2021 | $8.88 | 879,271 | 11/17/2021 | $8.97 | 880,981 |
| | 12/13/2021 | $8.97 | 882,612 | 01/10/2022 | $8.97 | 884,266 |
| | 02/14/2022 | $8.96 | 885,963 | 03/14/2022 | $8.97 | 887,664 |
| | 04/18/2022 | $9.10 | 889,378 | 05/16/2022 | $58.36 | 891,071 |
| | 06/20/2022 | $9.11 | 892,767 | 07/18/2022 | $9.11 | 894,478 |
| | 08/15/2022 | $9.11 | 896,055 | 09/19/2022 | $9.11 | 897,662 |
| | 10/17/2022 | $9.11 | 899,320 | 11/14/2022 | $9.11 | 900,900 |
| | 12/12/2022 | $8.92 | 902,445 | 01/09/2023 | $8.91 | 903,934 |
| LVNV FUNDING LLC | | | | | | |
| | 05/17/2021 | $74.92 | 870,698 | 05/17/2021 | $31.78 | 870,698 |
| | 06/21/2021 | $627.09 | 872,502 | 06/21/2021 | $67.99 | 872,502 |
| | 06/21/2021 | $1,478.30 | 872,502 | 07/19/2021 | $10.33 | 874,279 |
| | 07/19/2021 | $235.88 | 874,279 | 07/19/2021 | $100.06 | 874,279 |
| | 08/16/2021 | $10.33 | 875,972 | 08/16/2021 | $100.06 | 875,972 |
| | 08/16/2021 | $235.88 | 875,972 | 09/20/2021 | $10.33 | 877,723 |
| | 09/20/2021 | $235.88 | 877,723 | 09/20/2021 | $100.06 | 877,723 |
| | 10/18/2021 | $10.31 | 879,469 | 10/18/2021 | $100.07 | 879,469 |
| | 10/18/2021 | $235.88 | 879,469 | 11/17/2021 | $10.44 | 881,183 |
| | 11/17/2021 | $238.39 | 881,183 | 11/17/2021 | $101.13 | 881,183 |
| | 12/13/2021 | $10.45 | 882,807 | 12/13/2021 | $101.12 | 882,807 |
| | 12/13/2021 | $238.39 | 882,807 | 01/10/2022 | $10.44 | 884,453 |
| | 01/10/2022 | $238.39 | 884,453 | 01/10/2022 | $101.12 | 884,453 |
| | 02/14/2022 | $10.43 | 886,162 | 02/14/2022 | $101.13 | 886,162 |
| | 02/14/2022 | $238.41 | 886,162 | 03/14/2022 | $10.44 | 887,861 |
| | 03/14/2022 | $238.37 | 887,861 | 03/14/2022 | $101.12 | 887,861 |
| | 04/18/2022 | $10.58 | 889,598 | 04/18/2022 | $102.73 | 889,598 |
| | 04/18/2022 | $242.17 | 889,598 | 05/16/2022 | $67.94 | 891,284 |
| | 05/16/2022 | $1,551.38 | 891,284 | 05/16/2022 | $658.09 | 891,284 |
| | 06/20/2022 | $10.58 | 892,985 | 06/20/2022 | $102.72 | 892,985 |
| | 06/20/2022 | $242.16 | 892,985 | 07/18/2022 | $10.61 | 894,664 |
| | 07/18/2022 | $242.22 | 894,664 | 07/18/2022 | $102.75 | 894,664 |
| | 08/15/2022 | $10.60 | 896,252 | 08/15/2022 | $102.72 | 896,252 |
| | 08/15/2022 | $242.16 | 896,252 | 09/19/2022 | $10.60 | 897,863 |
| | 09/19/2022 | $242.11 | 897,863 | 09/19/2022 | $102.70 | 897,863 |
| | 10/17/2022 | $10.60 | 899,514 | 10/17/2022 | $102.71 | 899,514 |
| | 10/17/2022 | $242.13 | 899,514 | 11/14/2022 | $10.60 | 901,082 |
| | 11/14/2022 | $242.15 | 901,082 | 11/14/2022 | $102.72 | 901,082 |
| | 12/12/2022 | $10.39 | 902,629 | 12/12/2022 | $100.59 | 902,629 |
| | 12/12/2022 | $237.14 | 902,629 | 01/09/2023 | $10.37 | 904,128 |
| | 01/09/2023 | $237.17 | 904,128 | 01/09/2023 | $100.61 | 904,128 |

Chapter 13 Case # 20-21524

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 05/17/2021 | $13.38 | 870,235 | | 06/21/2021 | $263.92 | 872,022 |
| | 07/19/2021 | $42.11 | 873,830 | | 08/16/2021 | $42.11 | 875,516 |
| | 09/20/2021 | $42.11 | 877,239 | | 10/18/2021 | $42.12 | 879,023 |
| | 11/17/2021 | $42.56 | 880,722 | | 12/13/2021 | $42.56 | 882,352 |
| | 01/10/2022 | $42.56 | 884,011 | | 02/14/2022 | $42.52 | 885,693 |
| | 03/14/2022 | $42.61 | 887,405 | | 04/18/2022 | $43.22 | 889,084 |
| | 05/16/2022 | $276.97 | 890,810 | | 06/20/2022 | $43.22 | 892,475 |
| | 07/18/2022 | $43.25 | 894,214 | | 08/15/2022 | $43.23 | 895,775 |
| | 09/19/2022 | $43.22 | 897,371 | | 10/17/2022 | $43.23 | 899,036 |
| | 11/14/2022 | $43.23 | 900,609 | | 12/12/2022 | $42.34 | 902,177 |
| | 01/09/2023 | $42.34 | 903,663 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 05/17/2021 | $10.57 | 869,850 | | 06/21/2021 | $208.50 | 871,610 |
| | 07/19/2021 | $33.27 | 873,467 | | 08/16/2021 | $33.27 | 875,151 |
| | 09/20/2021 | $33.27 | 876,871 | | 10/18/2021 | $33.26 | 878,664 |
| | 11/17/2021 | $33.62 | 880,372 | | 12/13/2021 | $33.62 | 882,024 |
| | 01/10/2022 | $33.62 | 883,665 | | 02/14/2022 | $33.64 | 885,336 |
| | 03/14/2022 | $33.62 | 887,070 | | 04/18/2022 | $34.15 | 888,725 |
| | 05/16/2022 | $218.81 | 890,490 | | 06/20/2022 | $34.16 | 892,147 |
| | 07/18/2022 | $34.13 | 893,908 | | 08/15/2022 | $34.15 | 895,474 |
| | 09/19/2022 | $34.18 | 897,046 | | 10/17/2022 | $34.15 | 898,744 |
| | 11/14/2022 | $34.15 | 900,317 | | 12/12/2022 | $33.45 | 901,900 |
| | 01/09/2023 | $33.46 | 903,392 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,335.96 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,254.50 | 100.00% | 3,254.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,756.94 | * | 278.70 | |
| 0002 | BANK OF AMERICA | UNSECURED | 11,985.07 | * | 1,901.15 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 32,315.36 | * | 5,126.22 | |
| 0004 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 19,813.82 | * | 3,143.08 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 8,338.92 | * | 1,322.81 | |
| 0007 | QUICKEN LOANS INC | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 2,044.79 | * | 324.36 | |
| 0010 | SYNCHRONY BANK | UNSECURED | 6,587.89 | * | 1,045.05 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 46,708.91 | * | 7,409.48 | |

**Total Paid:  $25,141.31**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $25,799.03   -   Paid to Claims: $20,550.85   -   Admin Costs Paid: $4,590.46   =   Funds on Hand: $657.72

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.