Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 20−21524−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicole M Weir
   aka Nicole Weir
   20 Fairchild Ave.
   Morris Plains, NJ 07950

Social Security No.:
   xxx−xx−2750

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:     2/6/24
Time:    02:30 PM
Location:  Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Jenee K. Ciccarelli,

COMMISSION OR FEES
$1162.50

EXPENSES
$42.65

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 3, 2024
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-21524-SLM
Nicole M Weir  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jan 03, 2024  Form ID: 137  Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole M Weir, 20 Fairchild Ave., Morris Plains, NJ 07950-1726 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 03 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 03 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518985130 | + | Email/PDF: bncnotices@becket-lee.com | Jan 03 2024 21:06:48 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518985131 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 03 2024 20:47:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518999113 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 03 2024 20:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518985132 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2024 20:55:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518993075 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2024 20:55:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518985133 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 21:06:38 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518985134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 20:55:06 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518985135 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 03 2024 20:48:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 519012616 | | Email/Text: bnc-quantum@quantum3group.com | Jan 03 2024 20:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519924420 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 20:55:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519006384 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 20:55:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519006362 | | Email/Text: bnc-quantum@quantum3group.com | Jan 03 2024 20:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518985136 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 03 2024 20:48:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519029985 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 03 2024 20:48:00 | Quicken Loans, LLC, 635 Woodward Avenue, |

Case 20-21524-SLM    Doc 49    Filed 01/05/24    Entered 01/06/24 00:17:20    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 03, 2024 | Form ID: 137 | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Detroit, MI 48226-3408 |
| 519084931 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 20:55:06 | Resurgent Acquisition, LLC, C/o Resurgent Capital Services, LP, 55 Beattie Place, Ste 110, Greenville, SC 29601-5115 |
| 519046343 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 21:06:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518985515 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 21:06:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518985137 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 20:55:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 518985138 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 20:55:26 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519924421 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Nicole M Weir info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2      User: admin      Page 3 of 3
Date Rcvd: Jan 03, 2024      Form ID: 137      Total Noticed: 22
TOTAL: 5