**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR **9004-2(c)**

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Rd. Bld A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com

Order Filed on February 6, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicole M Weir

Debtor(s)

Case No.: ~~20-15028~~ 20-21524

Chapter: 13

Hearing Date: February 6, 2024 @ 2:30 pm

Judge: Hon. Stacey L. Meisel

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
**(Period 1/26/21 thru 12/21/23)**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: February 6, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Nicole M Weir
Case No. 20-21524/SLM
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli., is allowed of fee of $1,162.50 for additional services and $42.65 for additional disbursements for a total due of $1,205.15.  The allowance shall be payable:

_____X____        through the Chapter 13 plan as an administrative priority.


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.