UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

NICOLE M WEIR

Case No.: 20-21524

Adv. No.:

Hearing Date:

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/22/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
NICOLE M WEIR
20 FAIRCHILD AVE.
MORRIS PLAINS, NJ  07950
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JENEE K. CICCARELLI
CICCARELLI LAW, PC
239 NEW ROAD
BUILDING A, SUITE 301
PARSIPPANY, NJ  07054
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  April 22, 2024

By:  /S/  Lauren O'Shea
Lauren O'Shea