Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−21524−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicole M Weir
   aka Nicole Weir
   20 Fairchild Ave.
   Morris Plains, NJ 07950

Social Security No.:
   xxx−xx−2750

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/2/24 at 02:30 PM

to consider and act upon the following:

*61* − Application for Compensation for Jenee K. Ciccarelli, Debtor's Attorney, period: 1/15/2024 to 5/30/2024, fee: $942.00, expenses: $0. Filed by Jenee K. Ciccarelli. Objection deadline is 6/13/2024. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Proposed Order # 4 Certificate of Service) (Ciccarelli, Jenee)

*62* − Limited Objection to Application for Compensation (related document:61 Application for Compensation for Jenee K. Ciccarelli, Debtor's Attorney, period: 1/15/2024 to 5/30/2024, fee: $942.00, expenses: $0. Filed by Jenee K. Ciccarelli. Objection deadline is 6/13/2024. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Nicole M Weir) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/13/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court