UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: jenee@bankruptcy-lawnj.com
Attorney for Debtor

In Re:

Nicole M. Weir,

                         Debtor.

Order Filed on July 2, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 20-21524

Honorable Stacey L. Meisel

Hearing Date: 7/2/24

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES
**(Period 1/25/24 thru 5/30/24)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 2, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor:   Nicole M. Weir
Case No. 20-21524
Caption: ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES
-----------------------------------------------------------------------------------------------------------------

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED** that Jenee Ciccarelli, Esq. is allowed the fee of $942.00 for additional services and $0.00 for additional disbursements for a total due of $942.00 less $300.00 courtesy discount applied, leaving a balance due of $642.00.  The allowance shall be payable:

__x__   through the Chapter 13 plan as an administrative priority;

_____   outside the Chapter 13 plan.

**ORDERED** that Debtor's Plan payment shall increase to $795.00/mo. beginning July 1, 2024 for the duration of the Plan; and it is further

**ORDERED** that should this case terminate due to dismissal, or for any reason other than conversion, Marie Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.