UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: jenee@bankruptcy-lawnj.com
Attorney for Debtor

In Re:

Nicole M. Weir,

        Debtor.

Order Filed on July 2, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No. 20-21524

Honorable Stacey L. Meisel

Hearing Date: 7/2/24

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES
### (Period 1/25/24 thru 5/30/24)

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby

 **ORDERED.**

**DATED: July 2, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:   Nicole M. Weir
Case No. 20-21524
Caption: ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES
-------------------------------------------------------------------------------------------------------------------

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED** that Jenee Ciccarelli, Esq. is allowed the fee of $942.00 for additional services and $0.00 for additional disbursements for a total due of $942.00 less $300.00 courtesy discount applied, leaving a balance due of $642.00.  The allowance shall be payable:


__x__   through the Chapter 13 plan as an administrative priority;


_____   outside the Chapter 13 plan.


**ORDERED** that Debtor's Plan payment shall increase to $795.00/mo. beginning July 1, 2024 for the duration of the Plan; and it is further

**ORDERED** that should this case terminate due to dismissal, or for any reason other than conversion, Marie Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 20-21524-SLM
Nicole M Weir                                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                      Page 1 of 1
Date Rcvd: Jul 03, 2024                 Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

**Recip ID          Recipient Name and Address**
db              +   Nicole M Weir, 20 Fairchild Ave., Morris Plains, NJ 07950-1726

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
                         on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                         on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jenee K. Ciccarelli
                         on behalf of Debtor Nicole M Weir jenee@bankruptcy-lawnj.com k.jr76568@notify.bestcase.com;nredmond@bankruptcy-lawnj.com

Marie-Ann Greenberg
                         magecf@magtrustee.com

U.S. Trustee
                         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5