UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg   MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

NICOLE M WEIR

Case No.: **20-21524**

Adv. No.:

Hearing Date:

Judge:  **SLM**

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/22/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
NICOLE M WEIR
20 FAIRCHILD AVE.
MORRIS PLAINS, NJ  07950
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JENEE K. CICCARELLI
LAW OFFICES OF WENARSKY & GOLDSTEIN, LLC
410 ROUTE 10 WEST, STE. 214
LEDGEWOOD, NJ  07852
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  April 22, 2025

By:  /S/  Lauren O'Shea
     Lauren O'Shea