Certificate Number: 05781-NJ-DE-035047571

Bankruptcy Case Number: 20-21524



05781-NJ-DE-035047571

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 2, 2020</u>, at <u>7:39</u> o'clock <u>PM PST</u>, <u>Nicole Weir</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>November 2, 2020</u>            By:    <u>/s/Allison M Geving</u>

                                         Name:  <u>Allison M Geving</u>

                                         Title: <u>President</u>